UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | |
| LORI LYNN FLEMING, | ) | BANKRUPTCY NO. 11-10091-RLM-7A |
| | ) | |
| Debtor(s). | ) | |

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, Richard E. Boston, trustee herein, submits the following notice of unclaimed dividends to the Court.

| **Payee(s)** | **Last Known Address(es)** | **Amount(s)** |
|---|---|---|
| US Bank, NA Bankruptcy Dept | PO Box 5229, Cincinnati, OH  45201 | $ 4.05 |
| | **TOTAL AMOUNT:** | $ 4.05 |

Date:  12/11/12

/s/ Richard E. Boston
Richard E. Boston, Trustee
27 North Eighth Street
Richmond, IN  47374
765.962.7527
rebch7@bbkcc.com